[No. 27173-3-I. Division One. July 27, 1992.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL LEE COOPER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-05084-2, Richard M. Ishikawa, J., entered

October 12, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Pekelis and Kennedy, JJ.